# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>    v.<br><br>ANDREW BASSANER a/k/a<br>ANDREW BUNCHUK<br>VICKI BUNCHUK | CRIMINAL ACTION<br><br>NO. 17-216-1,2 |
|---|---|

## ORDER

**AND NOW**, this 7th day of February, 2018, having reviewed the motion to dismiss of defendant, Vicki Bunchuk, which was joined by defendant, Andrew Bassaner, the motions are denied, in part for reasons stated in the government's opposition, and for other reasons which the court may set forth by subsequent opinion.

                              **BY THE COURT:**

                              */s/ Michael M. Baylson*

                              **Michael M. Baylson, U.S.D.J.**

O:\Janice\ORDERS\17-216-1,2 mo to dis.doc