IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 17-216-1 |
| v. | : | HON. MICHAEL M. BAYLSON |
| ANDREW BASSANER | : | |

ORDER

AND NOW, this  31st  day of May, 2018, in light of the issues raised in the Unopposed Motion to Continue Sentencing Hearing, the Court finds that the sentencing hearing in the above captioned matter will be continued until  July 31 , 2018. *No further continuances. Sentencing memoranda must be filed by July 24, 2018.*

By the Court:

_____
Baylson, J.